UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES WAFFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-110-DFH-WTL |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

ENTRY ON MOTION FOR REMAND

The parties agree that this action for judicial review of a denial of disability insurance benefits under the Social Security Act must be remanded to the Commissioner of Social Securities for further proceedings. The parties disagree, however, on the scope and terms of the remand.

Defendant's motion seeks both a sentence six remand and a sentence four remand under 42 U.S.C. § 405(g). Defendant apparently agrees that the Administrative Law Judge erred because he (1) did not make sufficient findings as to the transferability of plaintiff's skills to the jobs the ALJ found he could perform and (2) failed to ask the vocational expert to reconcile his testimony with the Dictionary of Occupational Titles.

-2-

Plaintiff seeks a broader remand that would also address the issue of his mental impairment and the opinions of Dr. Unversaw and Dr. Shipley, issues that plaintiff also addressed in his opening brief.

The court agrees with plaintiff that a broader remand is appropriate. On remand, the Commissioner shall address plaintiff's mental impairments, and in particular the opinions of Dr. Unversaw and Dr. Shipley. Depending on the findings after that consideration, the Commissioner should also address the transferability of plaintiff's skills and should address any conflicts between vocational expert testimony and the Dictionary of Occupational Titles, or other applicable resources. A final judgment for a sentence four remand shall be entered.

So ordered.

Date: December 22, 2006

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Joseph W. Shull
jshull@pngusa.net

Thomas E. Kieper
Assistant United States Attorney